United States Court of Appeals
Fifth Circuit

**F I L E D**

July 11, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 07-40144
Summary Calendar
_____

IGALIOUS "IKE" MILLS,

Plaintiff-Appellant

V.

CITY OF PORT ARTHUR, TEXAS; CITY
OF PORT ARTHUR ECONOMIC DEVELOPMENT,
SECTION 4A CORPORATION,

Defendants-Appellees

---------------------
Appeal from the United States District Court
for the Eastern District of Texas
(1:05-CV-298)
---------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Igalious "Ike" Mills appeals from the district court's

grant of the Defendants' motion for summary judgment, granting Judgment

as Matter of Law, which rejected all claims asserted by Mills in this racial

discrimination action. We have carefully reviewed the record on appeal,

including the district court's exhaustive Memorandum and Order and Final

Judgment, both filed December 6, 2006, as well as the law and facts as set

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

forth in the briefs of the parties. For the same reasons and reasoning explicated by the district court in said Memorandum and Order, the district court's judgment and all post-judgment orders are, in all respects, AFFIRMED.